943 F.2d 1315
 U.S.
v.
Devine (Robert James, Jr.), Robinette (John Leon), a/k/a
Quigman (John), Barker (Tommy Ward), Martinez (Veronica
Ann), a/k/a Ronnie, Milzman (Irvin Jay), a/k/a Mitzman
(Irvin Jay), a/k/a Mitzman (Jay Irvin), a/k/a Tilt (Herman),
Cullum (Larry Joseph)
 NO. 90-8156
 United States Court of Appeals,
Fifth Circuit.
 AUG 29, 1991
 W.D.Tex., 934 F.2d 1325
 
 1
 DENIALS OF REHEARING EN BANC.